# DIVIDENDS REMITTED TO THE COURT

Case Number 10-14720 - RIOS, HILLARY GENE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Anesthesia Service, Inc<br>860 East Broad Street<br>Elyria, OH 44035 | 000004 | 50.46 | 2.49 |
| ---------- Remittance Total --------------- | | 50.46 | 2.49 |

_____
DAVID O. SIMON, TRUSTEE

CK 105

FILED
11 FEB -7 PM 2:18
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND